

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00183-CR

Cornell Jackie **DRUMMER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1991CR1948A
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

   Appellant has filed a pro se motion in his current appeal – appeal number 04-18-00183-CR, asking this court to reconsider an order from this court previously denying his request for information regarding the record in a previous appeal – appeal number 04-92-00406-CR. After review, we **DENY** the motion for reconsideration.

_____
Rebeca C. Martinez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_____
Keith E. Hottle
Clerk of Court